UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:                                          Case No.: 6:19-bk-05209-LVV

ROBERT BRUCE ROGERS, JR.                        Chapter 13

DENISE LEE ROGERS

    Debtor*

_____/

## MOTION TO APPROVE POST PETITION LOAN

COME NOW the Debtors, ROBERT BRUCE ROGERS, JR. and DENISE LEE ROGERS, by and through their undersigned counsel, to request this Court for an Order Approving Post Petition Loan, and as grounds state as follows:

1) Debtors applied for a Hurricane SBA loan due to the damages caused by hurricane Ian to their homestead;

2) Debtors requested authorization from the Trustee through the Request Worksheet and the Chapter 13 Trustee approved their request on March 16, 2023 (see Request Worksheet attached);

3) SBA is requesting Court Approval.

WHEREFORE, Debtors respectfully request this Court issue an Order Approving the SBA Post Petition Loan, and grant Debtors such other and further relief as this Court may deem just and proper on the premises.

Respectfully submitted,

/s/ Randall W. Hanson

_____
RANDALL W. HANSON, Esq.
The Law Office of Randall W. Hanson, P.A.
Attorney for Debtor
Florida Bar #0010412
1809 E Broadway Street, Suite 307
Oviedo, FL 32765
Telephone: (407) 491-2656
Fax: (407) 641-9584
Email: rh@randallhansonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Approve Post Petition Loan, was furnished by electronic notice or first-class U.S. mail, postage prepaid, to Laurie K. Weatherford, Chapter 13 Trustee this 10th day of May 2023.

/s/ Randall W. Hanson

RANDALL W. HANSON, Esq.
Attorney for Debtor

---

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

**Laurie K. Weatherford**
**Standing Chapter 13 Bankruptcy Trustee**
**P. O. Box 3450**
**Winter Park, FL   32790**
**Telephone (407) 648-8841   Fax (407) 648-2665**

## REQUEST WORKSHEET

NAME OF DEBTOR: Robert and Denise Rogers   CASE NUMBER: 6:19-bk-05209
Requested By: Randall W. Hanson _____ Phone Number: (407) 491-2656
Date of Request: 03/16/2023   Email address: rh@randallhansonlaw.com

### APPROVAL REQUESTED FOR:

___Payoff Chapter 13          ___Withdraw from 401K          ___Buy a Home
___Withdraw from IRA       X  ~~Student~~Loan                 ___Credit Card
                              SBA

Approved √              Denied ____          Date: 3/16/23

Laurie K. Weatherford - Chapter 13 Trustee
Stuart Ferderer - Staff Attorney for the trustee
Ana DeVilliers – Staff Attorney for the Trustee

### SUMMARY INFORMATION

1. Debtor will pay off bankruptcy by:

___Refinance Home    ___Sale of Home    ___401K    ___Other

Explain Other: _____

2. Debtor ____does ____does not intent to pay case in full.
3. Current Mortgage Interest Rate: _____
4. Loan Amount: ____
5. Amount debtor will receive at closing: $_____
6. ____Good Faith Estimate attached
7. ____ HUD Statement attached:
8. ____ Prequalification Forms attached
9. ____ If selling a home, copy of contract of sale and purchase contract attached